UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:26-cv-02869-PA-CTS Date: September 15, 2026

Title: *Joseph Stephen Brooks v. Warden*

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| | |
|---|---|
| Marina Moreno-Carrillo | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings (In Chambers):** **Order Regarding Petitioner's Opposition to Respondent's Motion to Dismiss (ECF No. 10)**

On March 16, 2026, Petitioner Joseph Stephen Brooks ("Petitioner"), acting *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (Pet., ECF No. 1.) On April 29, 2026, the Court granted Petitioner's request to proceed *in forma pauperis.* (ECF No. 5.) On May 13, 2026, the Court ordered that a response to the Petition be filed ("Order"). (Order, ECF No. 6.) On July 2, 2026, Respondent filed a Motion to Dismiss the Petition ("Motion"). (Mot., ECF No. 10.) As stated in the Order, Petitioner's opposition to the Motion was due by August 3, 2026. (Order 2.) To date, no opposition to the Motion has been received.

Petitioner is therefore **ORDERED TO SHOW CAUSE** by **October 30, 2026** why the Court should not recommend that the Petition be dismissed for failure to file an opposition to the Motion, failure to comply with Court orders, and failure to prosecute. If Petitioner files an opposition to the Motion on or before that date, this Order to Show Cause will be discharged, and no additional action needs to be taken.

**Petitioner is advised that failure to file an opposition to the Motion may be construed as consent to the granting of the Motion and will result in a recommendation that the Petition be dismissed. *See* C.D. Cal. L.R. 7-12. Petitioner also is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with Court orders. *See* C.D. Cal. L.R. 41-1.**

It is so ordered.